United States Bankruptcy Court
District of Arizona

In re:                                                                              Case No. 22-03381-EPB

MARCIA A SCHLINGLOF                                             Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2                                    User: admin                                                 Page 1 of 2

Date Rcvd: Sep 22, 2022                           Form ID: pdf001                                    Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | MARCIA A SCHLINGLOF, 10210 W JESSIE LANE, PEORIA, AZ 85383-2743 |
| 16717600 | + | Canvas CU, c/o Malcolm Sloan PC, 4105 N 20th St, Ste 220, Phoenix AZ 85016-6040 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcynotices@azdor.gov | Sep 22 2022 22:17:00 | ARIZONA DEPARTMENT OF REVENUE, Office of the Arizona Attorney General, c/o Tax, Bankruptcy and Collection Sct, 2005 N Central Ave, Suite 100, Phoenix, AZ 85004-1546 |
| 16717599 | | Email/Text: SC_Enforcement_Bankr@Alaskausa.org | Sep 22 2022 22:17:00 | AlaskaUSA FCU, Attn: Bankruptcy, Po Box 196613, Anchorage AK 99519 |
| 16719928 | + | Email/Text: bankruptcynotices@azdor.gov | Sep 22 2022 22:17:00 | ARIZONA DEPARTMENT OF REVENUE, c/o Tax, Bankruptcy and Coll, 2005 N Central Ave, Suite 100, Phoenix, AZ 85004-1546 |
| 16719972 | + | Email/Text: bankruptcynotices@canvas.org | Sep 22 2022 22:17:00 | CANVAS CREDIT UNION, P.O. BOX 5238, P.O. BOX 5238, ENGLEWOOD, CO 80155-5238 |
| 16717601 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 22 2022 22:16:13 | Capital One, Po Box 31293, Salt Lake City UT 84131-0293 |
| 16749160 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 22 2022 22:16:28 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 16717602 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 22 2022 22:17:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 16717603 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 22 2022 22:17:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee WI 53201-3043 |
| 16717604 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 22 2022 22:17:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas TX 75266-0360 |
| 16768235 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 22 2022 22:27:01 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 16717605 | ^ | MEBN | Sep 22 2022 22:13:39 | Prestige Financial Svc, Attn: Bankruptcy, 351 W Opportunity Way, Draper UT 84020-1399 |
| 16717606 | + | Email/Text: bankruptcynotices@canvas.org | Sep 22 2022 22:17:00 | Public Service/Canvas CU, Attn: Bankruptcy, Po Box 5238, Englewood CO 80155-5238 |
| 16739334 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Sep 22 2022 22:27:05 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 16717607 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Sep 22 2022 22:27:01 | Wells Fargo Dealer Services, Attn: Bankruptcy, |

1100 Corporate Center Drive, Raleigh NC 27607-5066

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2022　　　　　　　　　Signature:　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| EDWARD J. MANEY | courtecf@maney13trustee.com |
| THOMAS ADAMS MCAVITY | on behalf of Debtor MARCIA A SCHLINGLOF documents@phxfreshstart.com tom@phxfreshstart.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 3


# THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>MARCIA A. SCHLINGLOF,<br><br>Debtor. | CHAPTER 13<br><br>CASE NO. 2: 22-03381-EPB<br><br>**STIPULATED ORDER CONFIRMING CHAPTER 13 PLAN** |

The Chapter 13 Plan having been properly noticed out to creditors and any objection to confirmation having been resolved,

**IT IS ORDERED** confirming the Plan of the Debtors as follows:

(A) **INCOME SUBMITTED TO THE PLAN.** Debtors shall submit the following amounts of future income to the Trustee for distribution under the Plan.

(1) Future Earnings or Income. Debtors shall make the following monthly Plan payments:

| Months | Amount |
|---|---|
| 1-2 | $285.00 |
| 3-10 | $718.00 |
| 11-60 | $861.00 |

The payments are due on or before the 25th day of each month commencing June 25,

- 1 -

In re: Schlinglof
Case No. 2: 22-03381-EPB

2022. Debtors are advised that when payments are remitted late, additional interest may accrue on secured debts which may result in a funding shortfall at the end of the Plan term. Any funding shortfall must be cured before the plan is deemed completed.

The Debtors shall provide to the Trustee copies of their federal and state income tax returns for post-petition years 2022, 2023, 2024, 2025 and 2026 within 30 days of filing them. The purpose is to assist the Trustee in determining any change in Debtors' annual disposable income.

(2) Other Property. In the event that other property is submitted, it shall be treated as supplemental payments

(B) **DURATION.** This Plan shall continue for 60 months from the first regular monthly payment described in Paragraph (A)(1) above. If at any time before the end of the Plan period all claims are paid, then the Plan shall terminate. In no event will the term of the Plan be reduced to less than 36 months, exclusive of any property recovered by the Trustee, unless all allowed claims are paid in full.

(C) **CLASSIFICATION AND TREATMENT OF CLAIMS.** Claims shall be classified as listed below. The Plan and this Order shall not constitute an informal proof of claim for any creditor. This Order does not allow claims. Claims allowance is determined by § 502 and the Federal Rules of Bankruptcy Procedure. The Trustee shall receive the percentage fee on the Plan payments pursuant to 28 U.S.C. § 586(e), then the Trustee will pay secured creditors or allowed claims in the following order:

(1) <u>Administrative expenses:</u>

<u>Attorney Fees.</u> Tom McAvity, shall be allowed total compensation of $4,500.00. Counsel received $50.00 prior to filing this case and will be paid $4,450.00 by the Chapter 13 Trustee.

(2) <u>Claims Secured by Real Property:</u>

(a) None.

- 2 -

In re: Schlingloff
Case No. 2: 22-03381-EPB

(3) Claims Secured by Personal Property:

   (a) Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, secured by a lien in a 2020 Toyota Camry shall be paid a secured claim of $29,192.40 with 5.75% interest. The creditor will receive adequate protection payments of $250.00 per month. The balance of the debt shall be classified as unsecured.

(4) Unsecured Priority Claims:

   (a) Internal Revenue Service shall be paid an unsecured priority claim of $2,904.05 with no interest for income taxes.

(5) Surrendered Property:

Upon confirmation of this plan or except as otherwise ordered by the Court, bankruptcy stays are lifted as to collateral to be surrendered. Such creditor shall receive no distribution until the creditor timely files a claim or an amended proof of claim that reflects any deficiency balance remaining on the claim. Assuming the creditor has an allowed proof of claim, should the creditor fail to file an amended claim consistent with this provision, the Trustee need not make any distributions to that creditor. Debtors surrender the following property:

   (a) None.

(6) Other Provisions: None.

(7) Unsecured Nonpriority Claims. Claims allowance is determined by § 502 and the Federal Rules of Bankruptcy Procedure. Allowed unsecured claims shall be paid pro rata the balance of the payments under the Plan and any unsecured debt balance remaining unpaid upon completion of the Plan may be discharged as provided in 11 U.S.C. § 1328.

- 3 -

In re: Schlinglof
Case No. 2: 22-03381-EPB

(D) **EFFECTIVE DATE AND VESTING.** The effective date of the Plan shall be the date of this Order. Property of the estate vests in Debtors upon confirmation, subject to the rights of the Trustee to assert a claim to any additional property of the estate pursuant to 11 U.S.C. § 1306.

**ORDER SIGNED ABOVE**

Approved as to Form and Content By:

_____
Edward J. Maney, Trustee

_____
Tom McAvity
Attorney for Debtors

The Debtors certify: All required State and Federal Income tax returns have been filed No domestic support obligation is owed or, if owed, such payments are current since the filing of the Petition.

_____
MARCIA A. SCHLINGLOF, Debtor

- 4 -

In re: Schlinglof
Case No. 2: 22-03381-EPB