SO ORDERED.

Dated: March 24, 2023

Eddward P. Ballinger Jr., Chief Bankruptcy Judge

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re

MARCIA A SCHLINGLOF,

Debtor.

CHAPTER 13

CASE NO. 2:22-BK-03381-EPB

**AMENDED STIPULATED ORDER CONFIRMING CHAPTER 13 PLAN**

This Amended Stipulated Order is provided for the purpose of correcting the claim amount for the Internal Revenue Service, per the amended claim 4 filed on November 1, 2022.

**IT IS ORDERED** correcting paragraph (4)(a) Unsecured Priority Claims in the Stipulated Order Confirming Chapter 13 Plan as follows:

(4) <u>Unsecured Priority Claims:</u>
    (a) Internal Revenue Service shall be paid an unsecured priority claim of $5,643.78 with no interest for income taxes.

All other provisions shall remain in effect as per the Stipulated Order Confirming Chapter 13 plan signed on September 22, 2022.

_____
Edward J. Maney, Trustee


_____
Tom McAvity
Attorney for Debtor


_____
MARCIA A. SCHLINGLOF, Debtor